## Van Kirk, Appellant, *v.* Jackson.

*Appeals—Divided court—Affirmation of court below.*

When the judges of the Superior Court who heard the appeal are equally divided in their opinion, the judgment of the court below will be affirmed.

Submitted May 4, 1925. Appeal, No. 200, April T., 1925, by plaintiff, from judgment of C. P. Allegheny Co., Jan. T., 1924, No. 2386, in the case of Lawrence E. Van Kirk v. Porter R. Jackson. Before PORTER, HENDERSON, TREXLER, KELLER, LINN and GAWTHROP, JJ. Affirmed.

Assumpsit for the return of money paid for the sale of real estate. Before FORD, J.

On case stated the court entered judgment in favor of the defendant. Plaintiff appealed.

*Error assigned* was the decree of the court.

*Miles H. Jones,* for appellant.

*Warren H. Van Kirk,* for appellee.

PER CURIAM, May 6, 1925:

The six judges who heard the argument of this appeal are equally divided in their opinion, and the judgment is accordingly affirmed.